THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW PYKE, Appellant. [9 NYS3d 908]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered November 15, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Sconiers, Valentino and DeJoseph, JJ.